UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DR. TAREQ KASS-HOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-441 |
| | ) |
| COMMUNITY CARE NETWORK INC., MUNSTER MEDICAL RESEARCH FOUNDATION, INC. d/b/a COMMUNITY HOSPITAL, AAMIR BADRUDDIN, M.D., and ALAN KUMAR, M.D., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Joint Stipulation for Dismissal with Prejudice [DE 70] filed by the parties on September 19, 2024. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 70] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 25th day of September, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge